No. 91–5843.  SOCHOR *v.* FLORIDA.  Sup. Ct. Fla.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted limited to Questions 2 and 4 presented by the petition.

No. 90–1941.  AKAKA ET AL. *v.* PRICE, AKA LOA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–8107.  HUFFSTETLER *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 90–8398.  DeKOVEN *v.* BROWN, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–176.  R. V. DOCTOR ET AL. *v.* GENERAL ELECTRIC CAPITAL CORP.  Ct. App. Ore.  Certiorari denied.

No. 91–240.  JACKSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 91–324.  MISSOURI ET AL. *v.* JENKINS ET AL. (two cases). C. A. 8th Cir.  Certiorari denied.

No. 91–377.  FRIESON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–410.  MUNOZ *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–436.  BAIR *v.* UNITED STATES.  Ct. Mil. App.  Certiorari denied.

No. 91–486.  HECKMAN *v.* McCULLION, REGISTRAR, OHIO BUREAU OF MOTOR VEHICLES.  Ct. App. Ohio, Trumbull County. Certiorari denied.

No. 91–488.  KPMG PEAT MARWICK ET AL. *v.* ABBEY ET AL. C. A. 8th Cir.  Certiorari denied.

No. 91–493.  RICE ET UX. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.